■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BEVERLY FRAZIER, Appellant. [891 NYS2d 301]—

Concur—Mazzarelli, J.P., Friedman, Nardelli, Renwick and Román, JJ.